# EXHIBIT C

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Monthly Cash-Flow Projections** | **Gelt Financial** | **Gelt Properties** | **Total** |
| 2 | **Revenues** | | | |
| 3 | Interest Income | 130,000 | | 130,000 |
| 4 | Rental Income | 18,930 | 27,700 | 46,630 |
| 5 | Fee Income | | 5,500 | 5,500 |
| 6 | Other Income | 500 | | 500 |
| 7 | Total Revenues | **149,430** | **33,200** | **182,630** |
| 8 | **Direct Costs:** | | | |
| 9 | Interest Expenses -Lending | 44,190 | 6,400 | 50,590 |
| 10 | Other Direct Costs - Real Estate Holdings | 10,000 | 16,100 | 26,100 |
| 11 | **Total Direct Costs** | **54,190** | **22,500** | **76,690** |
| 12 | **Gross Margin** | **95,240** | **10,700** | **105,940** |
| 13 | **Operational Costs** | | | |
| 14 | Salaries and benefits | 56,000 | 7,000 | 63,000 |
| 15 | Occupancy | 22,820 | | 22,820 |
| 16 | **Foreclosure Costs (sheriff Fees and costs - Estimated)** | 9,000 | | 9,000 |
| 17 | Other Expenses | 7,400 | | 7,400 |
| 18 | **Total Operational Costs** | **95,220** | **7,000** | **102,220** |
| 19 | **Opertaional Income (Loss)** | **20** | **3,700** | **3,720** |
| 20 | Principal Payment Term Loan | | (3,100) | |
| 21 | Net Cash Flow | | **600** | |
| 22 | | | | |
| 23 | | | | |
| 24 | **Expenses related to Collateral** | | | |
| 25 | Real Estate expenses | 10,000 | 16,100 | 26,100 |
| 26 | **Foreclosure Costs (sheriff Fees and costs - Estimated)** | 9,000 | | 9,000 |
| 27 | Legal and Collection in House (Axel and Amy) | 7,000 | 7,000 | 14,000 |
| 28 | Maintenance - on our payroll | 12,000 | | 12,000 |
| 29 | Payroll taxes and benefits - relating to personnel for maintence | 2,400 | | 2,400 |
| 30 | Insurance on Properties owned and forced placed | 3,000 | | 3,000 |
| 31 | Total | **43,400** | **23,100** | **66,500** |
| 32 | | | | |
| 33 | | | | |

7/27/2011

Interest to banks Lenders and East Coast

| | A | G (Loan) | H (Rate) | I (Annual) | J (Monthly) | K (Due on) | L |
|---|---|---|---|---|---|---|---|
| 1 | **Gelt Financial Banks** | **Loan** | **Rate** | **Annual** | **Monthly** | **Due on** | |
| 2 | 5105 · NPB GBC | 1,640,000 | 3.00% | 49,200 | 4,100 | 15th | |
| 3 | 5106 · Univest $1MM Line | 4,557,000 | 3.50% | 159,495 | 13,291 | 15th | |
| 4 | 5108 · Interstate Interest | 160,000 | 5.25% | 8,400 | 700 | 1st | |
| 5 | 5518 · Bucks County Bank | 1,355,000 | 3.25% | 44,038 | 3,670 | 15th | |
| 6 | 5519 · Republic First Bank | 488,000 | 3.25% | 15,860 | 1,322 | | |
| 7 | 5120 · Beneficial Savings Bank | 2,399,000 | 3.75% | 89,963 | 7,497 | 1st | |
| 8 | 5126 · Valley National (Park Ave) | 319,000 | 4.25% | 13,558 | 1,130 | | |
| 9 | 5142 · Madison Bank | 2,605,000 | 3.50% | 91,175 | 7,598 | | |
| 10 | 5156 · VFC Partners | 241,000 | 6.25% | 15,063 | 1,255 | 1st | |
| 11 | 5158 · Fox Chase Bank - Interest | 1,339,000 | 3.25% | 43,518 | 3,626 | | |
| 12 | | 15,103,000 | | 530,268 | 44,189 | | |
| 13 | | | | | | | |
| 14 | Gelt Properties - Term | | | | | | |
| 15 | Fox Chase | | | | 1,195 | 1st | |
| 16 | Beneficial | | | | 2,905 | 1st | |
| 17 | National Penn Bank | | | | 846 | 15th | |
| 18 | East Coast | | | | 666 | 1st | |
| 19 | Vist | | | | 821 | 1st | |
| 20 | | | | | 6,433 | | |
| 21 | | | | | | | |