# SALDUTTI, LLC
### ATTORNEYS AT LAW

800 N. KINGS HIGHWAY
SUITE 300
CHERRY HILL, NJ 08034
TEL: 856-779-0300
FAX: 856-779-0355
WWW.SALDUTTICOLLECT.COM

Q - 14445

July 27, 2011

Honorable Magdeline D. Coleman, U.S.B.C.
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 214
Philadelphia, PA 19107

RE:   New Century Bank D/B/A Customers Bank v. 1265 Industrial Blvd LLC; Gelt Financial Corporation; Gelt Properties, LLC; H Jack Miller; Uri Shoham And M Ari Miller
Case No. 11-15827

Dear Judge Coleman:

   Please be advised that we represent Customers Bank. It's difficult, if not impossible to agree to the cash collateral motion in light of the fact that we do not know the status of our collateral. It is difficult at this juncture to understand whether our collateral is protected and can not agree to the motion.

                              Respectfully submitted,
                              SALDUTTI, LLC

                              _____
                              ROBERT L. SALDUTTI, ESQUIRE

RLS/mv

cc:   Albert A. Ciardi, III, Esquire
      Jennifer E. Cranston, Esquire
      Thomas D. Bielli, Esquire
      Kevin P. Callahan, Esquire