B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Gelt Financial Corporation**  Case No. **11-15827**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Chabad of Tyson Corners**<br>**2107 Chain Bridge Road**<br>**Vienna, VA 22182** | **Chabad of Tyson Corners**<br>**2107 Chain Bridge Road**<br>**Vienna, VA 22182** | | | **331,873.00** |
| **Deeb Petrakis Blum & Murphy PC**<br>**1601 Market St., Ste. 2600**<br>**Philadelphia, PA 19103** | **Deeb Petrakis Blum & Murphy PC**<br>**1601 Market St., Ste. 2600**<br>**Philadelphia, PA 19103** | | | **21,766.55** |
| **Dorit Yates**<br>**3486 Millikin Ave**<br>**San Diego, CA 92122** | **Dorit Yates**<br>**3486 Millikin Ave**<br>**San Diego, CA 92122** | | | **100,646.00** |
| **Eisenberg Gold & Cettel**<br>**1040 North King Highway**<br>**Suite 200**<br>**Cherry Hill, NJ 08034** | **Eisenberg Gold & Cettel**<br>**1040 North King Highway**<br>**Suite 200**<br>**Cherry Hill, NJ 08034** | | | **1,868.76** |
| **Emphasys Software**<br>**c/o Servicer 3D**<br>**13475 Danielson Street**<br>**Room 220**<br>**Poway, CA 92064-8858** | **Emphasys Software**<br>**c/o Servicer 3D**<br>**13475 Danielson Street**<br>**Poway, CA 92064-8858** | | | **4,053.00** |
| **James Russell**<br>**442 Primrose Dr.**<br>**Upper Gwynedd, PA 19446** | **James Russell**<br>**442 Primrose Dr.**<br>**Upper Gwynedd, PA 19446** | | | **15,574.00** |
| **Jon Peter Paoletti**<br>**108 Pocono Blvd**<br>**Mount Pocono, PA 18344** | **Jon Peter Paoletti**<br>**108 Pocono Blvd**<br>**Mount Pocono, PA 18344** | | | **1,562.82** |
| **Joseph Morgan**<br>**20 Highview Lane**<br>**Morrisville, PA 19067** | **Joseph Morgan**<br>**20 Highview Lane**<br>**Morrisville, PA 19067** | | | **462,069.00** |
| **Nosson Deitsch**<br>**426 Pennsylvania Ave**<br>**Suite 120**<br>**Fort Washington, PA 19034** | **Nosson Deitsch**<br>**426 Pennsylvania Ave**<br>**Suite 120**<br>**Fort Washington, PA 19034** | | | **10,858.00** |
| **ParentBeard LLC**<br>**2609 Keiser Blvd.**<br>**Reading, PA 19610** | **ParentBeard LLC**<br>**2609 Keiser Blvd.**<br>**Reading, PA 19610** | | | **25,639.00** |

Case 11-15827-mdc    Doc 20    Filed 07/27/11    Entered 07/27/11 19:35:29    Desc Main
Document    Page 2 of 3

B4 (Official Form 4) (12/07) - Cont.

In re  **Gelt Financial Corporation**    Case No.  **11-15827**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Peretore & Peretore**<br>191 Woodport Road<br>Sparta, NJ 07871 | **Peretore & Peretore**<br>191 Woodport Road<br>Sparta, NJ 07871 | | | **5,626.39** |
| **PPL Electric Utilities**<br>827 Hausman Road<br>Allentown, PA 18104-9392 | **PPL Electric Utilities**<br>827 Hausman Road<br>Allentown, PA 18104-9392 | | | **5,005.22** |
| **PSE&G Co.**<br>PO Box 14105<br>New Brunswick, NJ 08906 | **PSE&G Co.**<br>PO Box 14105<br>New Brunswick, NJ 08906 | | | **1,813.25** |
| **Rondout Valley CSD**<br>Dept 117045<br>PO Box 5212<br>Binghamton, NY 13902 | **Rondout Valley CSD**<br>Dept 117045<br>PO Box 5212<br>Binghamton, NY 13902 | | | **2,036.76** |
| **Security Search & Abstract Company, Inc.**<br>111 Presidential Blvd.<br>Suite 159<br>Bala Cynwyd, PA 19004 | **Security Search & Abstract Company, Inc.**<br>111 Presidential Blvd.<br>Suite 159<br>Bala Cynwyd, PA 19004 | | | **3,477.00** |
| **Seitz Van Ogtrop & Green PA**<br>222 Delaware Avenue, Ste 1500<br>PO Box 68<br>Wilmington, DE 19899 | **Seitz Van Ogtrop & Green PA**<br>222 Delaware Avenue, Ste 1500<br>PO Box 68<br>Wilmington, DE 19899 | | | **3,965.66** |
| **Shalom Deitsch**<br>426 Pennsylvania Ave<br>Suite 120<br>Fort Washington, PA 19034 | **Shalom Deitsch**<br>426 Pennsylvania Ave<br>Suite 120<br>Fort Washington, PA 19034 | | | **155,966.00** |
| **Stradley Ronon Stevens & Young**<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | **Stradley Ronon Stevens & Young**<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | | | **5,408.88** |
| **Vincent Fontg & Hansen LLC**<br>330 W. 47th Street, Ste. 250<br>Kansas City, MO 64112 | **Vincent Fontg & Hansen LLC**<br>330 W. 47th Street, Ste. 250<br>Kansas City, MO 64112 | | | **11,765.57** |
| **Yackov Deitsch**<br>426 Pennsylvania Ave<br>Suite 120<br>Fort Washington, PA 19034 | **Yackov Deitsch**<br>426 Pennsylvania Ave<br>Suite 120<br>Fort Washington, PA 19034 | | | **17,228.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Gelt Financial Corporation**                        Case No.  **11-15827**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 27, 2011**                    Signature  **/s/ Uri Shoham**
                                                       **Uri Shoham**
                                                       **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.