UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| GELT FINANCIAL CORPORATION, | : |
| | : BANKRUPTCY NO. 11-15827 |
| DEBTOR. | : |
| | : |

### STATEMENT OF QUALIFICATION AS COMPLEX CHAPTER 11 CASE

This chapter 11 case was filed on July 26, 2011. The undersigned attorney for the Debtor believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex chapter 11 case because the Debtor's total debt exceeds the minimum requirement under Local Bankruptcy Rule 1002-2 of total debt in the amount of $10 million, and

    ___     the debtor's debt securities are publically traded;

    ___     the debtor's equity securities are publically traded, and/or

    _X_     there are 100 or more parties in interest in the case.

Respectfully submitted,

CIARDI CIARDI & ASTIN

Date: July 29, 2011     By:    */s/ Jennifer E. Cranston*
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquires
Jennifer E. Cranston, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103

Proposed Attorneys for the Debtor