B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Gelt Financial Corporation**
Debtor(s)

Case No. **11-15827**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arline Construction Services<br>1100 East State Street<br>Camden, NJ 08105 | Arline Construction Services<br>1100 East State Street<br>Camden, NJ 08105 | | | 642,835.00 |
| Chabad of Tyson Corners<br>2107 Chain Bridge Road<br>Vienna, VA 22182 | Chabad of Tyson Corners<br>2107 Chain Bridge Road<br>Vienna, VA 22182 | | | 331,873.00 |
| Cherry Associates<br>1800 JFK Blvd., 20th Floor<br>Philadelphia, PA 19103 | Cherry Associates<br>1800 JFK Blvd., 20th Floor<br>Philadelphia, PA 19103 | | | 150,000.00 |
| Deeb Petrakis Blum & Murphy PC<br>1601 Market St., Ste. 2600<br>Philadelphia, PA 19103 | Deeb Petrakis Blum & Murphy PC<br>1601 Market St., Ste. 2600<br>Philadelphia, PA 19103 | | | 21,766.55 |
| Dorit Yates<br>3486 Millikin Ave<br>San Diego, CA 92122 | Dorit Yates<br>3486 Millikin Ave<br>San Diego, CA 92122 | | | 100,646.00 |
| Dov Junik<br>549 Empire Blvd<br>Brooklyn, NY 11225 | Dov Junik<br>549 Empire Blvd<br>Brooklyn, NY 11225 | | | 359,397.00 |
| Gad Ben Neter<br>12 Nachum Street<br>Tel-Aviv, Israel | Gad Ben Neter<br>12 Nachum Street<br>Tel-Aviv, Israel | | | 45,274.00 |
| Gene Gatter<br>c/o Jeffrey Gatter<br>1258 Brandywine Creek Road<br>PO Box 501<br>Unionville, PA 19375 | Gene Gatter<br>c/o Jeffrey Gatter<br>1258 Brandywine Creek Road<br>Unionville, PA 19375 | | | 289,500.00 |
| HVOC LLC<br>2755 Philmont Avenue<br>Huntingdon Valley, PA 19006 | HVOC LLC<br>2755 Philmont Avenue<br>Huntingdon Valley, PA 19006 | | | 119,940.00 |
| James Russell<br>442 Primrose Dr.<br>Upper Gwynedd, PA 19446 | James Russell<br>442 Primrose Dr.<br>Upper Gwynedd, PA 19446 | | | 15,574.00 |
| Joseph Morgan<br>20 Highview Lane<br>Morrisville, PA 19067 | Joseph Morgan<br>20 Highview Lane<br>Morrisville, PA 19067 | | | 462,069.00 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.
In re  Gelt Financial Corporation
                Debtor(s)

Case No.  11-15827

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| North American Equitable Finance 1800 JFK Blvd., 20th Floor Philadelphia, PA 19103 | North American Equitable Finance 1800 JFK Blvd., 20th Floor Philadelphia, PA 19103 | | | 150,000.00 |
| Nosson Deitsch 426 Pennsylvania Ave Suite 120 Fort Washington, PA 19034 | Nosson Deitsch 426 Pennsylvania Ave Suite 120 Fort Washington, PA 19034 | | | 10,858.00 |
| Peretore & Peretore 191 Woodport Road Sparta, NJ 07871 | Peretore & Peretore 191 Woodport Road Sparta, NJ 07871 | | | 5,626.39 |
| Sareva Naor 1664 Salem Circle Blue Bell, PA 19422-1224 | Sareva Naor 1664 Salem Circle Blue Bell, PA 19422-1224 | | | 95,338.00 |
| Shalom Deitsch 426 Pennsylvania Ave Suite 120 Fort Washington, PA 19034 | Shalom Deitsch 426 Pennsylvania Ave Suite 120 Fort Washington, PA 19034 | | | 155,966.00 |
| Steve Biafore 355 Coast Blvd., #3 La Jolla, CA 92037 | Steve Biafore 355 Coast Blvd., #3 La Jolla, CA 92037 | | | 25,128.00 |
| Vincent Fontg & Hansen LLC 330 W. 47th Street, Ste. 250 Kansas City, MO 64112 | Vincent Fontg & Hansen LLC 330 W. 47th Street, Ste. 250 Kansas City, MO 64112 | | | 11,765.57 |
| Yackov Deitsch 426 Pennsylvania Ave Suite 120 Fort Washington, PA 19034 | Yackov Deitsch 426 Pennsylvania Ave Suite 120 Fort Washington, PA 19034 | | | 17,228.00 |
| Yisroel Meir Wachs 7111 Park Heights #208 Baltimore, MD 21215 | Yisroel Meir Wachs 7111 Park Heights #208 Baltimore, MD 21215 | | | 191,281.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8/11/2011            Signature  /s/
                                     Uri Shoham
                                     Chief Financial Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.