UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| GELT FINANCIAL CORPORATION, | : |
| | : BANKRUPTCY NO. 11-15827 |
| DEBTOR. | : |
| | : |

**ORDER GRANTING DEBTOR'S MOTION I) TO PAY PRE-PETITION WAGES, COMMISSIONS, COMPENSATION AND EMPLOYEE BENEFITS AND II) REQUEST FOR EXPEDITED HEARING, REDUCED NOTICE PERIOD AND LIMITED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(C)(1) AND E.D. PA. L.B.R. 5070(F)**

Upon consideration of the Debtor's Motion for Authority to Pay Pre-Petition Wages and Employee Benefits (the "Motion") it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED that subject to the limitations contained in, and capped at the amounts referenced in, 11 U.S.C. § 507(a)(4, 5), the Debtor is authorized to pay the Prepetition Employee Obligations consistent with the terms and limitations set forth in the Motion and limited to payroll and benefits for the week ending July 29, 2011 and payable on August 5, 2011 in the amounts detailed in the Debtor's Motion; and it is further

ORDERED that no provision contained herein is intended or should be construed as an admission as to the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract or lease under section 365 of the Bankruptcy Code.

BY THE COURT:

_Magdeline D. Coleman_    8/3/11
Honorable Magdeline D. Coleman
United States Bankruptcy Judge