# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    __Gelt Financial Corporation__ _____    Case No.    __11-15827__

Debtor(s)      Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Gelt Financial Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

September  2, 2011 _____

Date

/s/ Albert Ciardi III PA - _____

**Albert Ciardi III PA - 63598**

Signature of Attorney or Litigant

Counsel for   **Gelt Financial Corporation** _____

**Ciardi Ciardi & Astin**
**2005 Market Street**
**Suite 1903**
**Philadelphia, PA 19103**
**215-557-3550 Fax:215-557-3551**
**aciardi@ciardilaw.com**