B6D (Official Form 6D) (12/07)

In re  **Gelt Financial Corporation**  , Case No. **11-15827**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barnegat Township Tax Collector**<br>900 W. Bay Avenue<br>Barnegat, NJ 08005 | | - | **Taxes**<br><br><br>Value $ 0.00 | | | | 18,961.63 | 18,961.63 |
| Account No.<br><br>**Beneficial Savings Bank**<br>530 Walnut Street<br>Philadelphia, PA 19106 | | - | **Mortgage**<br><br>80 S. Broad Street<br>Penns Grove, NJ 08069<br><br>Value $ 270,862.00 | | | X | 213,427.00 | 0.00 |
| Account No.<br><br>**Beneficial Savings Bank**<br>530 Walnut Street<br>Philadelphia, PA 19106 | | - | **Mortgage**<br><br>1509 1/2 Airbrake Avenue<br>Turtle Creek, PA 15145<br><br>Value $ 70,000.00 | | | X | 73,878.00 | 3,878.00 |
| Account No.<br><br>**Beneficial Savings Bank**<br>530 Walnut Street<br>Philadelphia, PA 19106 | | - | **Mortgage**<br><br>402 North Madison Street<br>Wilmington, DE 19801<br><br>Value $ 104,880.00 | | | X | 44,663.00 | 0.00 |
| **7** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 350,929.63 | 22,839.63 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gelt Financial Corporation** Case No. **11-15827**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Beneficial Savings Bank 530 Walnut Street Philadelphia, PA 19106 | | - | Security Interest<br>Loans and mortgages<br>Value $ 15,751,663.65 | | | X | 1,943,923.00 | 0.00 |
| Account No. Bucks County Bank 350 S. Main Street Doylestown, PA | X | - | Mortgage<br>Fairview Avenue<br>Mt. Pocono, PA 18344<br>Value $ 200,000.00 | | | | 120,991.00 | 0.00 |
| Account No. Bucks County Bank 350 S. Main Street Doylestown, PA | | - | Mortgage<br>3798 Chalfont Drive<br>Philadelphia, PA 19154<br>Value $ 65,000.00 | | | | 48,629.00 | 0.00 |
| Account No. Bucks County Bank 350 S. Main Street Doylestown, PA | X | - | Security Interest<br>Loans and mortgages (see attached)<br>Value $ 15,751,663.65 | | | | 1,021,842.00 | 0.00 |
| Account No. City of Baltimore Dept of Finance Bureau of Revenue Collections 200 Holliday Street Baltimore, MD 21203 | | - | Taxes<br>Value $ 0.00 | | | | 306.54 | 306.54 |

Sheet **1** of **7** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **3,135,691.54**  **306.54**

B6D (Official Form 6D) (12/07) - Cont.                                                                9/02/11 6:39PM

In re  **Gelt Financial Corporation**                                      Case No.  __11-15827__
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>City of Philadelphia<br>Real Estate Tax<br>PO Box 8409<br>Philadelphia, PA 19101 | | - | Real Estate Taxes<br><br><br>Value $ 0.00 | | | | 2,506.06 | 2,506.06 |
| Account No.<br><br>City of Trenton<br>PO Box 210<br>Trenton, NJ 08602 | | - | Property Taxes<br><br><br>Value $ 0.00 | | | | 8,393.15 | 8,393.15 |
| Account No.<br><br>Director of Finance<br>City of Baltimore<br>Collection Division<br>200 Holliday Street<br>Baltimore, MD 21210 | | - | Property Taxes<br><br><br>Value $ 0.00 | | | | 6,479.36 | 6,479.36 |
| Account No.<br><br>Dov Junik<br>549 Empire Blvd<br>Brooklyn, NY 11225 | | - | Mortgage<br><br>3844 Germantown Avenue<br>Philadelphia, PA 19140<br><br>Value $ 120,000.00 | | | | 135,167.00 | 15,167.00 |
| Account No.<br><br>Dov Junik<br>549 Empire Blvd<br>Brooklyn, NY 11225 | | - | Mortgage<br><br>3850 Germantown Avenue<br>Philadelphia, PA 19140<br><br>Value $ 120,000.00 | | | | 135,167.00 | 15,167.00 |

Sheet __2__ of __7__ continuation sheets attached to                  Subtotal
Schedule of Creditors Holding Secured Claims                    (Total of this page)        287,712.57        47,712.57

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gelt Financial Corporation**  
Debtor

Case No. __11-15827__

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Fox Chase Bank<br>1 Fitzwatertown Road<br>Willow Grove, PA 19090 | | - | Mortgage<br>821 Whitelock Street<br>Baltimore, MD 21217<br>Value $ 50,000.00 | | | | 136,534.00 | 86,534.00 |
| Account No.<br>Fox Chase Bank<br>1 Fitzwatertown Road<br>Willow Grove, PA 19090 | | - | Mortgage<br>128 Hanford Place<br>Trenton, NJ 08609<br>Value $ 35,000.00 | | | | 49,500.00 | 14,500.00 |
| Account No.<br>Fox Chase Bank<br>1 Fitzwatertown Road<br>Willow Grove, PA 19090 | | - | Security Interest<br>Loans and mortgages (see attached)<br>Value $ 15,751,663.65 | | | | 1,059,329.00 | 0.00 |
| Account No.<br>National Penn Bank<br>Commercial Operations<br>P.O. Box 480<br>Boyertown, PA 19512 | | - | Mortgage<br>670 Stuyvesant Avenue<br>Trenton, NJ 08618<br>Value $ 120,000.00 | | | | 13,233.00 | 0.00 |
| Account No.<br>National Penn Bank<br>Commercial Operations<br>P.O. Box 480<br>Boyertown, PA 19512 | | - | Mortgage<br>290 South Main Street<br>Barnegat, NJ 08005<br>Value $ 199,000.00 | | | | 31,726.00 | 0.00 |

Sheet __3__ of __7__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **1,290,322.00**  **101,034.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Gelt Financial Corporation** , Case No. __11-15827__

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>National Penn Bank<br>P.O Box 387<br>Boyertown, PA 19512 | | - | Security Interest<br><br>Loans and mortgages (see attached)<br><br>Value $ 15,751,663.65 | | | | 1,279,185.00 | 0.00 |
| Account No.<br><br>New Castle County Treasury Dept<br>87 Reads Ways 2nd Fl<br>New Castle, DE 19720 | | - | Taxes<br><br><br><br>Value $ 0.00 | | | | 461.62 | 461.62 |
| Account No.<br><br>Penns Grove Boro<br>Tax Collector<br>303 Harding Highway<br>Penns Grove, NJ 08069 | | - | Property Taxes<br><br><br><br>Value $ 0.00 | | | | 1,810.34 | 1,810.34 |
| Account No.<br><br>Public Savings Bank<br>2755 Philmont Avenue, Suite 140<br>Huntingdon Valley, PA 19006 | X | - | <br><br><br><br>Value $ 0.00 | | | | 5,010.05 | 0.00 |
| Account No.<br><br>Republic First Bank<br>c/o Scott Balthasar<br>1608 Walnut Street, 10th Floor<br>Philadelphia, PA 19103 | | - | Mortgage<br><br>603 W. 5th Street<br>Wilmington, DE 19801<br><br>Value $ 25,700.00 | | | | 35,937.00 | 10,237.00 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) — 1,322,404.01 — 12,508.96

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gelt Financial Corporation**                                              Case No. __11-15827__
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Republic First Bank<br>c/o Scott Balthasar<br>1608 Walnut Street, 10th Floor<br>Philadelphia, PA 19103 | | - | Mortgage<br>1702 West 3rd Street<br>Wilmington, DE 19801<br><br>Value $ 25,700.00 | | | | 27,148.00 | 1,448.00 |
| Account No.<br>Republic First Bank<br>c/o Scott Balthasar<br>1608 Walnut Street, 10th Floor<br>Philadelphia, PA 19103 | | - | Mortgage<br>317-319 Main Street<br>Kerhonkson, NY 12446<br><br>Value $ 40,000.00 | | | | 120,506.00 | 80,506.00 |
| Account No.<br>Republic First Bank<br>c/o Scot Balthasar<br>1608 Walnut Street, 10th Floor<br>Philadelphia, PA 19103 | | - | Mortgage<br>485 S. 18th Street<br>Newark, NJ 07103<br><br>Value $ 42,000.00 | | | | 83,712.00 | 41,712.00 |
| Account No.<br>Republic First Bank<br>c/o Scot Balthasar<br>1608 Walnut Street, 10th Floor<br>Philadelphia, PA 19103 | X | - | Loans and mortgages (see attached)<br><br>Value $ 15,751,663.65 | | | | 202,983.00 | 0.00 |
| Account No.<br>The Park Ave Bank<br>c/o Brian T. Schiffino<br>275 Madison Ave., 2nd Floor<br>New York, NY 10016 | X | - | Security Interest<br>Loans and mortgages (see attached)<br><br>Value $ 15,751,663.65 | | | | 319,122.00 | 0.00 |

Sheet __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  **753,471.00**  **123,666.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Gelt Financial Corporation**, Debtor

Case No. **11-15827**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Town of Wawarsing<br>Tax Collector<br>PO Box 671<br>108 Canal Street<br>Ellenville, NY 12428 | | - | Taxes<br><br><br><br>Value $ 0.00 | | | | 23,921.81 | 23,921.81 |
| Account No.<br><br>Univest National Bank<br>14 N. Main Street<br>Souderton, PA 18694 | | - | Mortgage<br><br>2611 East 61st Street<br>Kansas City, MO 64130<br><br>Value $ 350,000.00 | | | | 619,137.00 | 269,137.00 |
| Account No.<br><br>Univest National Bank<br>14 N. Main Street<br>Souderton, PA 18694 | X | - | Security Interest<br><br>Loans and mortgages (see attached)<br><br><br>Value $ 15,751,663.65 | | | | 3,829,853.00 | 0.00 |
| Account No.<br><br>Uri and Rachel Shoham<br>2001 Hamilton St., Unit P-205<br>Philadelphia, PA 19103 | | - | Mortgage<br><br>2401 Turner Street<br>Philadelphia, PA 19121<br><br>Value $ 60,000.00 | | | | 122,451.00 | 62,451.00 |
| Account No.<br><br>VCF Partners<br>c/o Robert Krupta, VP<br>483 Main Street<br>P.O. Box 195<br>Harleysville, PA 19438 | X | - | Security Interest<br><br>Loans and mortgages (see attached)<br><br><br>Value $ 15,751,663.65 | | | | 240,975.00 | 0.00 |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **4,836,337.81**  **355,509.81**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Gelt Financial Corporation**, Case No. **11-15827**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Vist Bank<br>PO Box 741<br>Leesport, PA 19533 | X | - | Security Interest<br>Loans and mortgages (see attached)<br>Value $ 15,751,663.65 | | | | 2,484,957.00 | 0.00 |
| Account No.<br>Wilmington City Div of Revenue<br>800 N. French Street<br>Wilmington, DE 19801 | | - | Taxes<br>Value $ 0.00 | | | | 399.34 | 399.34 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **7** of **7** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 2,485,356.34 | 399.34 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 14,462,224.90 | 663,976.85 |