B6F (Official Form 6F) (12/07)

In re **Gelt Financial Corporation**, Debtor

Case No. **11-15827**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>1265 Industrial Blvd., LLC<br>950 Industrial Blvd.<br>Southampton, PA 18966 | | - | Rents | | | | 13,122.00 |
| Account No.<br><br>Ari Miller<br>12 Isaac Lane<br>Cherry Hill, NJ 08002 | | - | Salary | | | | 45,000.00 |
| Account No.<br><br>Arline Construction Services<br>1100 East State Street<br>Camden, NJ 08105 | | - | Loan | | | | 642,835.00 |
| Account No.<br><br>Associated Imaging Solutions, Inc<br>130 Almshouse Road, Suite 209<br>Richboro, PA 18954 | | - | Services | | | | 75.00 |

_12_ continuation sheets attached

Subtotal (Total of this page)  **701,032.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**,
Debtor

Case No. **11-15827**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>B&R Services for Professionals, Inc.<br>235 S. 13th Street<br>Philadelphia, PA 19107 | | - | Services | | | | 180.00 |
| Account No.<br><br>BGE<br>P.O. Box 1475<br>Baltimore, MD 21203 | | - | Services | | | | 327.58 |
| Account No.<br><br>Bifferato Gentilotti LLC<br>Springside Plaza<br>100 Biddle Avenue, Ste. 100<br>Newark, DE 19702 | | - | Legal Services | | | | 956.28 |
| Account No.<br><br>CBA Information Solutions<br>12395 First American Way<br>Poway, CA 92064 | | - | Services | | | | 5.82 |
| Account No.<br><br>Chabad of Tyson Corners<br>2107 Chain Bridge Road<br>Vienna, VA 22182 | | - | Participation | | | | 331,873.00 |
| Sheet no. **1** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 333,342.68 |

9/13/11 9:53AM

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**                                    Case No. **11-15827**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Citadel Security Systems**<br>833 Holland Road<br>HOLLAND, PA 18966 | | - | **Services** | | | | 659.40 |
| Account No.<br>**City of Newark/Water**<br>920 Broad Street - Rm 117<br>Newark, NJ 07102 | | - | **Water** | | | | 1,887.29 |
| Account No.<br>**City of Philadelphia**<br>**Dept of Streets**<br>PO Box 966<br>Philadelphia, PA 19105 | | - | | | | | 300.00 |
| Account No.<br>**Comcast**<br>11400 Northeast Avenue<br>Philadelphia, PA 19116 | | - | | | | | 101.26 |
| Account No.<br>**De Lage Laden Financial Services**<br>**Customer Service**<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | | - | **Copier Service** | | | | 435.47 |

Sheet no. **2** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,383.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**, Case No. **11-15827**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dennis Gilbert Roofing <br> 534 Hellerman Street <br> Philadelphia, PA 19111 | - | | Services | | | | 575.00 |
| Account No. <br><br> DHL Express (USA) Inc. <br> P.O. Box 4723 <br> Houston, TX 77210 | - | | Services | | | | 5.00 |
| Account No. <br><br> Dorit Yates <br> 3486 Millikin Ave <br> San Diego, CA 92122 | - | | Participation | | | | 100,646.00 |
| Account No. <br><br> Dov Junik <br> 549 Empire Blvd <br> Brooklyn, NY 11225 | - | | Participation | | | | 184,416.45 |
| Account No. <br><br> Dov Junik <br> 549 Empire Blvd <br> Brooklyn, NY 11225 | - | | Loan (Nimrod) | | | | 86,056.32 |

Sheet no. **3** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 371,698.77

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**, Debtor

Case No. **11-15827**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dov Junik<br>549 Empire Blvd<br>Brooklyn, NY 11225 | - | | Loan (Epps) | | | | 273,340.61 |
| Account No.<br><br>DSW Contracting<br>47 Woodland Ridge Road<br>Kerhonkson, NY 12446 | - | | | | | | 156.40 |
| Account No.<br><br>Eisenberg Gold & Cettel<br>1040 North King Highway<br>Suite 200<br>Cherry Hill, NJ 08034 | - | | Legal Services | | | | 2,765.63 |
| Account No.<br><br>ERSA Court Reporters<br>30 South 17th Street<br>United Plaza, Suite 1520<br>Philadelphia, PA 19103 | - | | Gelt v. Penco | | | | 479.00 |
| Account No.<br><br>Gad Ben Neter<br>12 Nachum Street<br>Tel-Aviv, Israel | - | | Participation | | | | 45,274.00 |

Sheet no. **4** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **322,015.64**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**, Debtor

Case No. **11-15827**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gene Gatter<br>c/o Jeffrey Gatter<br>1258 Brandywine Creek Road<br>PO Box 501<br>Unionville, PA 19375 | - | | Loan | | | | 287,500.00 |
| Account No.<br><br>HVOC LLC<br>2755 Philmont Avenue<br>Huntingdon Valley, PA 19006 | - | | Services | | | | 119,940.00 |
| Account No.<br><br>Incorp Services, Inc.<br>2360 Corporate Circle, Ste 400<br>Henderson, NV 89074 | - | | Services | | | | 104.00 |
| Account No.<br><br>Interstate Building Maintenance<br>1720 Kendarbren Drive<br>Suite 721<br>Jamison, PA 18929 | - | | Service Contract Cleaning | | | | 1,267.90 |
| Account No.<br><br>Jack Miller<br>17533 Pagosa Court<br>Boca Raton, FL 33486 | - | | Salary | | | | 45,000.00 |

Sheet no. **5** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **453,811.90**

B6F (Official Form 6F) (12/07) - Cont.

9/13/11 9:53AM

In re **Gelt Financial Corporation**                                    Case No. __11-15827__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James Russell<br>442 Primrose Dr.<br>Upper Gwynedd, PA 19446 | | - | Participation | | | | 15,574.00 |
| Account No.<br><br>Joseph Morgan & Joyce Rubin<br>20 Highview Lane<br>Morrisville, PA 19067 | | - | Participation | | | | 462,069.00 |
| Account No.<br><br>Knorr Hauling, Inc.<br>617 Maple Street<br>Berwick, PA 18603 | | - | Services | | | | 55.00 |
| Account No.<br><br>Nosson Deitsch<br>426 Pennsylvania Ave<br>Suite 120<br>Fort Washington, PA 19034 | | - | Participation | | | | 10,858.00 |
| Account No.<br><br>Omnicomp, Inc.<br>37 N. York Road<br>Willow Grove, PA 19090 | | - | Service Contract, IT Management | | | | 2,256.72 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **490,812.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**, Case No. **11-15827**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ParenteBeard, LLC<br>2609 Keiser Blvd.<br>Reading, PA 19610 | - | | | | | X | 25,639.00 |
| Account No.<br><br>PCA Industrial & Paper Supplies, Inc.<br>2425 Maryland Road<br>Willow Grove, PA 19090 | - | | Services | | | | 608.67 |
| Account No.<br><br>PECO<br>Industrial/Commercial Credit<br>2301 Market Street<br>Philadelphia, PA 19103 | - | | | | | | 255.62 |
| Account No.<br><br>Peretore & Peretore<br>191 Woodport Road<br>Sparta, NJ 07871 | - | | Legal Services | | | | 5,626.39 |
| Account No.<br><br>PFI<br>633 Yesler Way<br>Seattle, WA 98104 | - | | | | | | 95.00 |

Sheet no. **7** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **32,224.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gelt Financial Corporation**                              Case No. **11-15827**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PJ's Lock & Safe<br>6335 Lewisville Avenue<br>Bensalem, PA 19020 | - | | | | | | 230.00 |
| Account No.<br><br>Premium Assignment Corporation<br>3522 Thomasville Road, Ste 400<br>Tallahassee, FL 32309 | - | | Services | | | | 389.64 |
| Account No.<br><br>Public Savings Bank<br>2755 Philmont Avenue, Suite 140<br>Huntingdon Valley, PA 19006 | - | | | | | X | 5,038.01 |
| Account No.<br><br>Sareva Naor<br>1664 Salem Circle<br>Blue Bell, PA 19422-1224 | - | | Participation | | | | 95,338.00 |
| Account No.<br><br>Security Search & Abstract Company, Inc.<br>111 Presidential Blvd.<br>Suite 159<br>Bala Cynwyd, PA 19004 | - | | Services | | | | 3,477.00 |

Sheet no. **8** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **104,472.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**, Debtor

Case No. **11-15827**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Seitz Van Ogtrop & Green PA<br>222 Delaware Avenue, Ste 1500<br>PO Box 68<br>Wilmington, DE 19899 | | - | Legal Services | | | | 3,965.66 |
| Account No.<br>Shalom Deitsch<br>426 Pennsylvania Ave<br>Suite 120<br>Fort Washington, PA 19034 | | - | Participation | | | | 155,966.00 |
| Account No.<br>Sprint<br>P.O. Box 88026<br>Chicago, IL 60680-1206 | | - | | | | | 61.54 |
| Account No.<br>Steve Biafore<br>355 Coast Blvd., #3<br>La Jolla, CA 92037 | | - | Participation | | | | 25,128.00 |
| Account No.<br>Stradley Ronon Stevens & Young<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | | - | Professional Services | | | | 5,408.88 |

Sheet no. **9** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **190,530.08**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**, Debtor

Case No. **11-15827**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>The Chartwell Law Office, LLP<br>300 Delaware Ave, Ste. 800A<br>Wilmington, DE 19801 | | - | Professional Services | | | | 210.00 |
| Account No.<br>The Echelon Group, LLC<br>711 Germantown Pike<br>Lafayette Hill, PA 19444 | | - | Services | | | | 325.00 |
| Account No.<br>TMS<br>Tustin Mechanical Services<br>2555 Industry Lane<br>Norristown, PA 19403 | | - | Service Contract (HVAC) | | | | 723.06 |
| Account No.<br>Town of Wawarsing<br>Water/Sewer<br>PO Box 671<br>108 Canal Street<br>Ellenville, NY 12428 | | - | | | | | 675.00 |
| Account No.<br>Trenton Water Works<br>333 Cortland Street<br>PO Box 528<br>Trenton, NJ 08604 | | - | | | | | 332.27 |

Sheet no. **10** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,265.33**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**                                          , Case No. __11-15827__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br>UPS <br>P.O. Box 7247-0244 <br>Philadelphia, PA 19170-0001 | | - | | | | | 63.35 |
| Account No. <br>Uri Shoham <br>2001 Hamilton Street <br>P-206 <br>Philadelphia, PA 19130 | | - | Salary | | | | 45,000.00 |
| Account No. <br>Vincent Fontg & Hansen LLC <br>330 W. 47th Street, Ste. 250 <br>Kansas City, MO 64112 | | - | Legal Services | | | | 11,765.57 |
| Account No. <br>Water Revenue Bureau <br>1401 JFK Blvd. <br>Philadelphia, PA 19102 | | - | | | | | 507.28 |
| Account No. <br>West Payment Center <br>PO Box 6292 <br>Carol Stream, IL 60197 | | - | Services | | | | 0.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **57,336.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gelt Financial Corporation**, Case No. **11-15827**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Yackov Deitsch<br>426 Pennsylvania Ave<br>Suite 120<br>Fort Washington, PA 19034 | | - | Participation | | | | 17,228.00 |
| Account No.<br><br>Yisroel Meir Wachs<br>7111 Park Heights #208<br>Baltimore, MD 21215 | | - | Loan | | | | 191,281.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **12** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **208,509.00**

Total (Report on Summary of Schedules) **3,271,435.07**